GEOFFREY A. HANSEN
Acting Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
(510) 637-3500

Counsel for Defendant GERARDO GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No.  CR 09-00499 SBA |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | CONTINUING SUPERVISED |
| | ) | RELEASE HEARING DATE |
| | ) | |
| GERARDO ELOY GONZALEZ, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION

IT IS HEREBY STIPULATED, by and between the parties to this action, that the supervised release hearing and disposition date in this case, currently set for Tuesday, January 24, 2012, at 10:00 before Honorable Judge Saundra Brown Armstrong, may be continued to Wednesday, February 8, 2012, at 10:00 a.m. for supervised release hearing and disposition. The reason for the continuance is that defense counsel will be in trial during the week of January 23, 2012, and unavailable on January 24, 2012.

*U S v.Gonzalez*, CR 09-0499 SBA;
Stip. Cont SR & dispo Date                             - 1 -

| | |
|---|---|
| DATED: 1/17/12 | ____/s/_____ <br> JOYCE LEAVITT <br> Assistant Federal Public Defender |
| DATED: 1/17/12 | ____/s/_____ <br> CHRISTINA McCALL <br> Assistant United States Attorney |

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the supervised release hearing and disposition date in this case, currently set for Tuesday, January 24, 2012, at 10:00 a.m. before Honorable Judge Saundra Brown Armstrong, is hereby continued to Wednesday, February 8, 2012, at 10:00 a.m. for supervised release hearing and disposition.

SO ORDERED.

DATED:    1/23/12                    _____/s/ Saundra B Armstrong_____
                                     HONORABLE SAUNDRA BROWN ARMSTRONG
                                     United States District Judge